# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

In the Interest of Z.N., J.S., J.R. and J.S., children.

G.S.,

Appellant,

v.

DEPARTMENT OF CHILDREN AND FAMILIES and
GUARDIAN AD LITEM PROGRAM,

Appellees.

No. 2D2023-2083
_____

May 22, 2024

Appeal from the Circuit Court for Hillsborough County; Lisa D.
Campbell, Judge.

Constance Daniels, Brandon, for Appellant.

Mary Soorus of Children's Legal Services, Tampa, for Appellee
Department of Children and Families.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, and Amanda
Victoria Glass, Senior Attorney, Statewide Guardian Ad Litem Office,
Tallahassee, for Appellee Guardian ad Litem.


PER CURIAM.

Affirmed.

SILBERMAN, LaROSE, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.